UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY FARKAS, M.D., LLC,

                    Plaintiff,                    JUDGMENT

        v.                              25-CV-00054 (HG)


HORIZON BLUE CROSS BLUE SHIELD OF
NEW JERSEY,

                    Defendants.
-----------------------------------------------------------------X

An Order of the Honorable Hector Gonzalez, United States District Judge, having been

filed on July 2,2025, dismissing the complaint without prejudice for want of subject-matter

jurisdiction, Fed. R. Civ. P. 12(h)(3); denying the Plaintiff's motion for judgment on the

pleadings, ECF [22], as moot; it is

ORDERED and ADJUDGED that the complaint is dismissed without prejudice; and that

the Plaintiff's motion for judgment on the pleadings is denied as moot.


Dated: Brooklyn, New York                   Brenna B. Mahoney
       July 7, 2025                       Clerk of Court

                                     By:    */s/Christina Frunzi*
                                             Deputy Clerk